FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 9 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. Teophelus Lee Usher, DEFENDANT(S). | SA15-551M-6  ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of _defense counsel_, IT IS ORDERED that a detention hearing is set for _November 10_, _2015_, at _3:00_ ☐a.m. / ☒p.m. before the Honorable _Douglas F. McCormick, United States Magistrate Judge_, in Courtroom _6B_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _11/9/2015_

DOUGLAS F. McCORMICK
~~U.S. District Judge~~/Magistrate Judge