

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 11 2016

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | SA CR 15-0150 CJC |
| 8) TEOPHELUS LEE USHER  DEFENDANT(S). | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

    Upon motion of _____, IT IS ORDERED that a detention hearing is set for _____Friday_____, _Oct. 14, 2016_, at _2:00_ ☐a.m. / ☒p.m. before the Honorable _Jay C. Gandhi_____, in Courtroom _6A_____.

    Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
    *(Other custodial officer)*

Dated: __10-11-16__

U.S. ~~District Judge~~/Magistrate Judge
**JAY C. GANDHI**